**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01489-REB-KLM

MOTOR WORKS DENVER, LTD, (Registered trade name for TENNIS ASSOCIATES, INC., a Colorado corporation), and
ROGER SCOTT DELUISE,

    Plaintiffs,
v.

AEROSONIC CORPORATION, and
OP TECHNOLOGIES, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#30][1] filed January 30, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with the parties to bear their own costs and attorney fees.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#30] filed January 30, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for July 12, 2013, are **VACATED**;

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    3.  That the jury trial set to commence July 29, 2013, is **VACATED**;

    4.  That any pending motion is **DENIED AS MOOT**; and

    5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 31, 2013, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge